IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

vs.     4:13cr00257-001 SWW

MATTHEW HINER     DEFENDANT

## ORDER

The above-named defendant, was ordered to undergo a competency evaluation on August 28, 2013 and ordered transported to FCI Englewood, Colorado on September 4, 2013. The Court has received communication from that facility advising the Court that defendant arrived September 12, 2013 and requesting that the 45-day study begin on that date.

IT IS THEREFORE ORDERED that the 45-day study shall begin as of September 12, 2013. The study period will end on October 28, 2013, with the final report being submitted no later than November 11, 2013. A copy of this order is to be mailed to FCI Englewood, 9595 W. Quincy Avenue, Littleton, CO 80123, to the attention of Jeremiah Dwyer, Forensic Psychologist.

Dated this 10th day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE