IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    4:13CR00257-001   SWW

MATTHEW HINER                                                DEFENDANT


## ORDER

The Court received a telephone message from Dr. Jeremiah Dwyer, FCI Englewood, Colorado, requesting additional time to complete and submit the report on Matthew Hiner. The Court finds that the time to submit the report should be extended up to and including **Monday, November 18, 2013.**

IT IS SO ORDERED this 14th day of November 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE